JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN NDJONGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES WORLD AIRPORTS, a government entity<br><br>　　　　Defendant. | Case # CV13-08850 CAS ( PLAx)<br><br>**ORDER OF DISMISSAL** |

　　The Court has reviewed the stipulation of all parties and good cause appearing it is hereby **ORDERED** that the entire action is dismissed with prejudice.

　　**IT IS SO ORDERED.**

DATED: May 18, 2015     ___*[signature: Christina A. Snyder]*___

HON. CHRISTINA A. SNYDER
JUDGE OF THE UNITED STATES
DISTRICT COURT